WILLIAM REED v. STATE.
No. A-1528.   Opinion Filed January 13, 1913.
Appeal from Canadian County Court;
W. A. Maurer, Judge.

William Reed was convicted of violating the prohibitory law, and appeals.   Affirmed.

Harry K. Allen, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   The plaintiff in error, William Reed, was tried and convicted in the county court of Canadian county on a charge of selling intoxicating liquor, and on the 10th day of November, 1911, adjudged to pay a fine of five hundred dollars and be confined in the county jail for a period of six months.   Upon a careful consideration of the record in this case we find no error sufficient to justify a reversal.   The judgment of the trial court is therefore affirmed.

THEODORE GATES v. STATE.
No. A-1535.   Opinion Filed January 13, 1913.
Appeal from Stephens County Court;
W. H. Admire, Judge.

Theodore Gates was convicted of violating the prohibitory law, and appeals.   Affirmed.

Wilkinson F. Morris, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error, Theodore Gates, was convicted in the county court of Stephens county, at the October, 1911, term, on a charge of having in his possission intoxicating liquors for the purpose of sale, and his punishment fixed by the jury at a fine of fifty dollars and imprisonment in the county jail for a period of 30 days.   Upon a careful examination of the record we find no error sufficient to justify a reversal.   The judgment of the trial court is therefore affirmed.

OTIS TITTLE v. STATE.
No. A-1536.   Opinion Filed January 13, 1913.
Appeal from Craig County Court;
S. F. Parks, Judge.

Otis Tittle was convicted of violating the prohibitory law, and appeals.   Affirmed.

James S. Davenport, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., (J. S. Estes, of Counsel), for the State.

PER CURIAM.   Otis Tittle, the plaintiff in error, was tried and convicted in the county court of Craig county on a charge of maintaining a place for the illegal sale of intoxicating liquors, and on the 14th day of October, 1911, was adjudged to pay a fine of one hundred dollars and be imprisoned in the county jail for a period of 30 days.   Upon careful examination of the record, finding no error sufficient to justify a reversal. the judgment of the trial court is affirmed.